FILED FOR RECORD 06/06/2022 13:27:44
Mareasa K. Boudreaux, DY CLERK
JEFFERSON PARISH, LA

Pl 835

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO.: 828-943                                       DIVISION " A "

### BYRON BARNES, SR.

### VS.

### DOLGENCORP, LLC., A/K/A DG LOUISIANA LLC D/B/A DOLLAR GENERAL, JOHN DOE AND XYZ INSURANCE COMPANY

FILED: _____          _____
                                                 DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Byron Barnes Sr., a person of the full age of majority and domiciled in Jefferson Parish, State of Louisiana, respectfully represents:

1.

Made defendants herein are:

**A.) DOLGENCORP, LLC., A/K/A DG LOUISIANA LLC D/B/A DOLLAR GENERAL,** upon information and belief, is a foreign corporation licensed to do, and doing business in the State of Louisiana who has its principal place of business located at 100 Mission Ridge, Goodlettsville, TN 37072;

**B.)** **JOHN DOE**, upon information and belief is a person of the full age of majority, domiciled in the Parish of Jefferson, State of Louisiana, and was an employee of Dollar General at the time of this accident;

**C.) XYZ INSURANCE COMPANY**, ("XYZ"), upon information and belief, is a foreign insurance company, licensed to do, and doing business in the State of Louisiana, who at all times pertinent hereto had in full force and effect a liability insurance policy covering the defendant, **DOLLAR GENERAL**, from the type of liability alleged herein and will be named after Discovery.





2.

On or about Saturday June, 12th 2021, petitioner, **BYRON BARNES, SR.**, was injured, in the DG Louisiana, LLC doing business as **DOLLAR GENERAL** located at 1001 Bridge City Avenue, in Westwego, Louisiana, 70094 an area within the jurisdiction of this court.

3.

Petitioner was a patron shopper that was lawfully on the merchant's premises at **DOLLAR GENERAL** when he was walking down the aisle that contained chili as he was picking up some chili in order to eat it at home. However, as the petitioner proceeded down the aisle he slipped and fell on water leaking from the cold food coolers resulting in serious bodily injuries. There were no warning signs posted.

4.

The water leaking from the cold food coolers presented an unreasonable risk of harm to the patrons of Dollar General and especially the petitioner and that risk of harm was reasonably foreseeable.

5.

The petitioner contends that **DOLLAR GENERAL**, as owners of the store premises, had *garde* of the cold food coolers and having had full custody, care, and control of the cold food coolers on their premises, had a duty to the petitioner to make sure that the cold food coolers did not create any hazardous conditions that reasonably might give rise to accident and/or injury. **DOLLAR GENERAL** has breached that duty.

6.

**DOLLAR GENERAL** knew or should have known that a dangerous condition existed for an extended period of time, prior to the accident, said period of time being sufficient to place the defendant on notice of the existence of water on the floor due to the fact that the cold food coolers were positioned where Dollar General managers and employees should have seen the water.

7.

The petitioner further contends that **DOLLAR GENERAL** had actual and/or constructive knowledge of the wet floor hazard thereby, owing a duty to the petitioner to exercise reasonable care to keep its aisles, passageways, and floors in a reasonably safe condition,



including, but not limited to a reasonable effort to discover and keep the premises free of any hazardous conditions which reasonably might give rise to damage. **DOLLAR GENERAL** has breached that duty.

8.

The petitioner further contends that **JOHN DOE**, an employee of **DOLLAR GENERAL** at the time of the accident was given charge of maintenance of the cold food coolers, including, but not limited to clean-up of any spilled water, and, had actual and/or constructive knowledge of the wet floor but failed to clean up the water that had been there for an extended period of time. **JOHN DOE** also breached his duty

9.

Petitioner, shows that the sole cause of the accident mentioned herein, was the negligence, lack of safety utilized, fault and want of care and/or skill on the part of the defendant, **DOLLAR GENERAL LOUISIANA, LLC**, in the following non-exclusive enumerated acts and omissions:

 (a) Failure to follow DOLLAR GENERAL's written and/or verbal uniform cleanup or safety procedures

 (b) Failure to maintain the floors;

 (c) Failure to place a floor mat in the area;

 (d) Failure to place warning signs in the area to warn patrons of the wet floor;

 (e) Failure to warn and/or correct after constructive and/or actual notice of the wet floor;

 (f) Failure to warn patrons of potential dangers;

 (g) Failure to inspect the premises;

 (h) Failure to properly train and monitor employees;

 (i) Failure to exercise reasonable care;

 (j) Failure to maintain and service the coolers;

 (k) Inattentiveness;

 (l) Failure to see what should have been seen;

 (m) Creating an unreasonable risk of harm.



(n) Alternatively, failing to follow procedures for maintenance and service of the coolers; and

(o) For such further and other acts and omissions as will be proved at the trial.

10.

As a result of the herein above-described accident and the defendants' negligence, petitioner, **BYRON BARNES, SR.** has suffered personal injuries, including, but not limited to a broken left arm, torn and ruptured disc in his back, moderate to severe sprain/strain of lumbar spine, moderate to severe sprain/strain of sacral spine, and any and all other damages proven at a trial of this matter. It is likely that Petitioner will require a lumbar fusion in order to rectify his condition.

11.

As a further result of the accident and the negligence of the defendants, the petitioner has incurred past medical expenses, will incur future medical expenses, has and will sustain prolonged pain and suffering extending to the present day, and has and will sustain loss of enjoyment of life and service to society, all of which entitle him to recover from the defendants in an amount reasonable in the premises.

12.

At the time of the accident, there was in full force and effect a policy of liability insurance issued by the defendant, **XYZ**, which by the terms and conditions of the policy, **XYZ** contractually agreed to afford liability insurance coverage for injuries and damages caused by the defendant, **DOLLAR GENERAL**, and is made a party defendant.

13.

The defendants are jointly, severally, and solidarily liable to the petitioner for the above damages.

14.

Petitioner, **BYRON BARNES, SR.**, reserves his right to a trial by jury.

**WHEREFORE**, Petitioner, **BYRON BARNES, SR.**, prays that after due proceedings are had, there be judgment in favor of the Petitioner, and against the defendants,



DOLGENCORP, LLC., A/K/A DG LOUISIANA LLC D/B/A DOLLAR GENERAL, JOHN DOE and XYZ INSURANCE COMPANY, jointly, severally, and *in solido*, for damages as are reasonable in the premises with legal interest thereon from date of judicial demand and for all costs of these proceedings, attorney fees and all general and equitable relief deemed proper by this Honorable Court.

RESPECTFULLY SUBMITTED: SAMUEL COLEMAN, LLC.

BY: _____ SCOTT RICHARDS SAMUEL (#31953)
GEORGE READ COLEMAN (# 31108)
3421 N. Causeway Blvd.
Suite 201
Metairie, Louisiana 70002
Telephone:   (504) 828-1010
Facsimile:    (504) 828-1079
scottrsamuel@gmail.com
readcoleman@gmail.com

**PLEASE SERVE:**

DOLGENCORP, LLC., A/K/A DG LOUISIANA LLC D/B/A DOLLAR GENERAL
Through its Registered Agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

EBRSO $40.44
# 1093

**JOHN DOE**

**XYZ INSURANCE COMPANY**

FILED FOR RECORD 06/06/2022 12:31:04
Manasa K. Boudreaux, DY CLERK
JEFFERSON PARISH, LA

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

P1\40

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Byron Barnes Sr. vs. Dolgencorp LLC et al

**Court:** 24th Judicial District      **Docket Number:** 828-943

**Parish of Filing:** Jefferson      **Filing Date:** 06/06/22

**Name of Lead Petitioner's Attorney:** Scott Samuel

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1      **Number of named defendants:** ___

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☑ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Scott Samuel       Signature _____

Address  3621 N. Causeway Blvd #201

Phone number: 504-828-1010    E-mail address: _____

(101) CITATION: PETITION FOR DAMAGES;      220608-6473-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

BYRON BARNES SR
   versus
DOLGENCORP LLC, DG LOUISIANA LLC, DOLLAR
GENERAL, JOHN DOE, XYZ INSURANCE COMPANY

Case: 828-943    Div: "A"
P 1 BYRON BARNES SR

To: DOLGENCORP LLC
A/K/A DG LOUISIANA LLC D/B/A DOLLAR GENERAL
THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

#1093 $40.44 EBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney SCOTT R. SAMUEL and was issued by the Clerk of Court on the 8th day of June, 2022.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;      220608-6473-7

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal      ___ Domicilary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant     ___ Received too late to serve
   ___ Moved     ___ No longer works at this address
   ___ No such address     ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1    07/07/2022 13:20:19 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2298895

Imaged 06/08/2022 10:53 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

[ SERVICE COPY ] / [RETURN COPY]

FILED FOR RECORD 07/06/2022 15:17:28
Dianne A. Everage DY CLERK
JEFFERSON PARISH LA

(101) CITATION: PETITION FOR DAMAGES;      220608-6473-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

BYRON BARNES SR
  versus                                                   Case: 828-943    Div: "A"
DOLGENCORP LLC, DG LOUISIANA LLC, DOLLAR     P 1 BYRON BARNES SR
GENERAL, JOHN DOE, XYZ INSURANCE COMPANY

To: DOLGENCORP LLC
A/K/A DG LOUISIANA LLC D/B/A DOLLAR GENERAL
THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY                     #1093 $40.44 EBR
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney SCOTT R. SAMUEL and was issued by the Clerk of Court on the 8th day of June, 2022.

                                    /s/ Donna G. Muscarello
                                    Donna G. Muscarello, Deputy Clerk of Court for
                                    Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    220608-6473-7

Received:_____ Served:_____ Returned:_____

Service was made:
    ___ Personal            ___ Domiciliary _____

Unable to serve:
    ___ Not at this address       ___ Numerous attempts _____ times
    ___ Vacant                      ___ Received too late to serve
    ___ Moved                      ___ No longer works at this address
    ___ No such address         ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                       Deputy Sheriff
Parish of: _____

I made service on the named party through the
CORPORATION SERVICE COMPANY

JUN 1 4 2022

by tendering a copy of this document to
MELISSA HARDIN

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
JUN 1 3 2022
E.B.R. SHERIFF'S OFFICE

Page 1 of 1

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

07/07/2022 13:20:19 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2298895

JON A. GEGENHEIMER