UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BYRON BARNES, SR.**                                                           **CIVIL ACTION**

**VERSUS**                                                        **NO. 22-2179**

**DG LOUISIANA, LLC, ET AL.**                            **SECTION "I" (3)**

**ORDER**

Before the Court is a Motion to Amend Notice of Removal (Rec. Doc. No. 4) filed by defendant, DG Louisiana, LLC.

**IT IS ORDERED** that the **Motion to Amend Notice of Removal (Rec. Doc. No. 4)** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, August 24, 2022 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 28th day of July, 2022.

                                                            _____
                                                            **DANA M. DOUGLAS**
                                                            **UNITED STATES MAGISTRATE JUDGE**