UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BYRON BARNES, SR.**  **CIVIL ACTION**

**VERSUS**  **NO. 22-2179**

**DOLGENCORP, LLC, ET AL**  **SECTION: "P" (5)**

## ORDER

Considering the foregoing Unopposed Motion and Incorporated Memorandum to Continue Trial and Pretrial Deadlines (Doc. 100),

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Case Manager will notice a scheduling conference to select a new trial date and pretrial deadlines.

New Orleans, Louisiana, this 7th day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**